# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
)
Design Build, S.E. ) ASBCA Nos. 58635, 59048
)
Under Contract No. W912QR-10-C-0047 )

APPEARANCE FOR THE APPELLANT: Jose L. Cabiya Morales, Esq.
    Cabiya & Molero Law Offices, P.S.C.
    San Juan, PR

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
  Jennifer M. Payton, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

These appeals have been settled. By motion dated 3 March 2015, appellant has moved to dismiss these appeals with prejudice. The motion is granted.

WHEREFORE, ASBCA Nos. 58635, 59048 are hereby dismissed with prejudice.

Dated: 9 March 2015

JACK DELMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58635, 59048, Appeals of Design Build, S.E., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals